STATE, Respondent, v. ZACHTE, Appellant
(12 N. W.2d 373.)
(File No. 8649.   Opinion filed December 28, 1943.)

**Louis H. Smith,** of Sioux Falls, for Appellant.
**George T. Mickelson,** Atty. Gen., and **Ray F. Drewry,**
Asst. Atty. Gen., for Respondent.

PER CURIAM.   On March 15, 1943, Gust Zachte, de-
fendant herein, was charged in a complaint containing three
counts with the crime of selling alcoholic beverages without
a license and was held to answer at the next term of mu-
nicipal court of the city of Sioux Falls.   The sheriff of
Minnehaha county assuming to act by virtue of a search
warrant seized certain personal property described in his
return as intoxicating liquors.   The record discloses that
defendant before trial made a motion to quash the search
warrant and to suppress all evidence secured by the alleged
illegal search and seizure.   The motion was denied, and
defendant attempts to appeal from the ruling of the court.

■ An appeal by defendant in a criminal action may be taken only from the final judgment of conviction or from an intermediate order when allowed by this court. SDC 34.4101, 34.4103. The ruling in question is not a judgment and there was no allowance of an appeal from an intermediate order.

■ Upon the record, it cannot be held that this is an appeal from a final order affecting a substantial right, made in special proceedings. See State v. Keiffer, 45 S. D. 288, 187 N. W. 164. An order becomes complete and effective when the same has been signed, attested and filed. SDC 33.1702. The ruling of the court was not an order within the meaning of these statutory provisions.

The appeal is therefore dismissed.

All the Judges concur.